UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
: CR. NO. 3:24-CR- 98
v. :
: (Judge Mannion)
LAWRENCE MALACHEFSKI, :
        Defendant : (electronically filed)

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
18 U.S.C. § 1343
(Wire Fraud)

**I. Introduction**

At times material to the Information:

### Relevant Individuals and Entities

1. Company #1 was a privately owned Heating, Ventilation and Air Conditioning (HVAC) equipment company headquartered in Wilkes-Barre, in Luzerne County, within the Middle District of Pennsylvania.

2. Defendant LAWRENCE MALACHEFSKI was a resident of Wilkes-Barre and was employed by Company #1 as its Financial Controller. In his capacity as Controller, LAWRENCE MALACHEFSKI oversaw a staff of other financial professionals. The

Controller position was considered a trusted position, and LAWRENCE MALACHEFSKI could independently initiate money transfers both between Company #1's various bank accounts and from Company #1's Automated Clearing House (ACH) checking account to external accounts.

3. Bank #1 was a state-chartered financial institution serving the Northeastern Pennsylvania region. All of Company #1's business bank accounts, including its ACH checking account, were held at Bank #1.

## II. Object of the Scheme to Defraud

4. The object of the scheme was for LAWRENCE MALACHEFSKI to unjustly enrich himself by misappropriating and embezzling money belonging to Company #1 and fraudulently converting that money to his personal possession and use.

## III. Statutory Allegation

5. From on or about March 21, 2023, through on or about June 13, 2023, in the Middle District of Pennsylvania, the defendant

LAWRENCE MALACHEFSKI

knowingly devised and intended to devise a scheme and artifice to defraud Company #1, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing, advancing, furthering, and carrying out the scheme and artifice to defraud, knowingly transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce certain writings, signs, signals, pictures, and sounds, namely, ACH transfers and deposits totaling $1,586,557.45 from Company #1's ACH checking account at Bank #1 to a personal PayPal account.

## IV. Manner and Means of the Scheme to Defraud

6. It was part of the scheme and artifice to defraud that defendant LAWRENCE MALACHEFSKI, on diverse dates between March 21, 2023 and May 30, 2023, transferred and deposited a total of $1,586,557.45 from Company #1's ACH checking account to his personal PayPal account.

7. For example, on or about April 9, 2023, the defendant LAWRENCE MALACHEFSKI initiated a transfer and deposit of

$87,750.00 from Company #1's ACH checking account to his personal PayPal account.

8. As another example, on or about April 26, 2023, the defendant LAWRENCE MALACHEFSKI initiated a transfer and deposit of $125,420.00 from Company #1's ACH checking account to his personal PayPal account.

9. As another example, on or about May 18, 2023, the defendant LAWRENCE MALACHEFSKI initiated a transfer and deposit of $138,548.81 from Company #1's ACH checking account to his personal PayPal account.

10. It was further part of the scheme and artifice to defraud that, in order to conceal these transfers and deposits, defendant LAWRENCE MALACHEFSKI falsely and fraudulently represented in Company #1's official accounting ledger that these misappropriated funds were actually legitimate costs of the business, namely, the costs associated with goods sold by the business.

11. It was further part of the scheme and artifice to defraud that, after misappropriating the above funds by transferring and depositing them from Company #1's ACH checking account to his

personal PayPal account, the defendant LAWRENCE MALACHEFSKI next moved the misappropriated funds into accounts associated with various gambling and gaming related apps and websites, including FanDuel, Barstool Sports, DraftKings, and Unibet, and engaged in personal gambling with the funds.

All in violation of Title 18, United States Code, Section 1343.

GERARD M. KARAM
United States Attorney

_____          4-12-2024
JEFFERY ST JOHN                        Date
Assistant United States Attorney