UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** :

vs : CASE NO. 3:24-cr-98

**LAWRENCE MALACHEFSKI** : (JUDGE MANNION)

TYPE OF CASE:  CRIMINAL

## NOTICE OF HEARING

TAKE NOTICE that a proceeding in this case has been **SCHEDULED** for the time and place listed below:

**PLACE:** UNITED STATES DISTRICT COURT
WILLIAM J. NEALON FEDERAL BLDG. &
UNITED STATES COURTHOUSE
235 N. WASHINGTON AVE.
SCRANTON, PA   18501

**COURTROOM:**  3

**DATE AND TIME:**
Tuesday, April 30, 2024
at 11:00 a.m.

**TYPE OF PROCEEDINGS:**  Initial Appearance / Arraignment / Plea Hearing

**DATE:** April 18, 2024

PETER J. WELSH, CLERK

s/ G. Gebhardt
Gina Gebhardt

**TO:** HON. MALACHY E. MANNION, US DISTRICT JUDGE
 JEFFERY F. ST. JOHN, ESQUIRE, AUSA
 LAWRENCE J. KANSKY, ESQUIRE
 U.S. PROBATION
 U.S. MARSHAL
 CT. REPORTER